# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BARBARA MOORE,

    Plaintiff(s),

V.                                     CASE NO. 23-11776
                                      HON. LINDA V. PARKER

ESURANCE PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Defendant(s).
_____/

## ORDER OF DISMISSAL

The parties having filed a Stipulation of Dismissal [ECF No. 12] on October 5, 2023; Accordingly, the above-entitled action is **DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS**. Plaintiff's individual claims are **DISMISSED WITH PREJUDICE**.

                                                          s/ Linda V. Parker
                                                          LINDA V. PARKER
                                                          U.S. DISTRICT JUDGE

Dated: October 5, 2023